⟨EMERGENCY⟩

TO: THE U.S.D.J. (U.S. ATTORNEY GENERAL)     6/5/23 (DATE)

FROM: DEVIN LAMM DC# 168538
FLORIDA STATE PRISON

IN REF: C.R.I.P.A. (CIVIL RIGHTS OF INSTITUTIONALIZED PERSONS ACT) ENFORCEMENT, AND SUICIDE NOTE.

In 2008 when I was 20 years old I robbed some drug dealers and I was tricked into signing and entering a 25 yrs old with 20 years mandatory.

And since I've been incarcerated in the Florida Department of Corrections (FLDOC) I've witnessed and been a victim of FLDOC correctional staff's abuses, mistreatments, neglects and many other abuses.

So I researched and learned how to litigate and advocate for prisoners rights. But in doing so, I have made alot of enemies throughout the FLDOC ranks and administration.

And they conspire together and work together and retaliate against me. I'm not a violent person. But I'm at the worst, most maximum prison in Florida (FSP), locked in a one man cell 24/7, with limited restrictive privileges and poor cruel day to day conditions. I can only call my family once a week. The food is terrible. And I only get 3 showers a week. I am so depressed and stressed out, and every day my depression gets worser. I know I am a prisoner but I am a human being still.

Since I was 8 years old I've had mental health disorders and problems and been on psych medications. I was bakeracted in my childhood over 10 times.

And since I've been incarcerated and held prisoner in FLDOC I've attempted suicide over 25 times by cutting my wrists and cut so bad each time, I had to be rushed to outside hospitals and had to undergo 25 blood transfusions. All of this is documented throughout my prison medical files and incident reports, as well as the hospital records.

FLDOC's latest act of retaliation because of me grieving, petitioning and advocating for prison reform and better prison living conditions and day to day living conditions.

So on 5/23/23 I was surprisingly transferred and kicked out a close management program at Wakulla C.I. to the worst prison in Florida (Florida State Prison).

During the transport, I swallowed a "AA" battery and upon arriving at FSP I told security I had a plan to digest it and make a razor and kill myself.

I was immediatly escorted to medical to a exam room off camera and a nurse & medical doctor Cobb took a x-ray and confirmed there was a battery in my stomach.

Doctor Cobb, security and staff threatened me with a range of abuses, mistreatments and other harassias if I no cut.

Since I've been at FSP, I've wrote grievances, letters to government officials and even US district courts informing them I feel suicidal and want to die and want to kill myself. And all has been neglected and ignored. I have a long documented papertrail that will prove FLDOC HQ and FSP staff "deliberatly" have neglected and ignored my mental health and are neglecting me treatment.

I don't know what else to do. FSP has a well known history of abusing, mistreating and even murdering inmates and the Florida state government turns a blind eye and allows

2 of 3

it to happen. You know how many letters/complaints I sent to the Florida FLDOC Inspector Generals Office, the Governor, and other Government Bodies and they never no nothing. They are all in cahoots and working together. They are corrupt whether you want to believe it or not.

I dont know what else to do. I feel so hopeless and I am desperate for help. I cry everyday. My depression is getting worse. I want to die and this harsh, restrictive is to much pressure. I cant take it. Please get or tell FLDOC to get me some mental health help. Your my last hope.

Please stay on top of my situation and monitor me, because these people will hurt me.
Get me some help please. See Romans 14: 10-14.

God Bless You

Respectfully By

Jevin Lamar